08/12

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN

In re:                                                          Case No.   **14-06961**

        **Randy Michael Graham**                    Chapter 7
        **Wendi Marie Graham**

           Debtor(s).

_____ /

### ASSET PROTECTION REPORT

Pursuant to Local Bankruptcy Rule 1007-2(d), debtors filing a Chapter 7 petition and debtors in a case converting to Chapter 7 must file an Asset Protection Report. List below any property referenced on **Schedule D** (Creditors Holding Secured Claims); or **Schedule G** (Executory Contracts and Unexpired Leases); and **any insurable asset in which there is nonexempt equity.** For each asset listed, provide the following information regarding property damage or casualty insurance:

| INSURABLE ASSET (from schedules) | IS ASSET INSURED? (Yes/No) | NAME & ADDRESS OF AGENT OR INSURANCE CO. | POLICY EXPIRATION DATE (MM/YYYY) | WILL DEBTOR RENEW INSURANCE ON EXPIRATION? (Yes/No) |
|---|---|---|---|---|
| Personal residence. Location: 1780 Mosherville Rd, Jonesville MI 49250 | Yes | Liberty Mutual Insurance | 11/13/2015 | Yes |
| 2002 Chevrolet Venture with approximately 220,000 miles. Location: 1780 Mosherville Rd, Jonesville MI 49250 | Yes | State Farm c/o Anne Brigham, Agent 111 W Chicago St Ste 1 Jonesville, MI 49250 | 11/2014 | Yes |
| 2007 Chevrolet HHR with approximately 130,000 miles. Location: 1780 Mosherville Rd, Jonesville MI 49250 | Yes | State Farm c/o Anne Brigham, Agent 111 W Chicago St Ste 1 Jonesville, MI 49250 | 4/9/2015 | Yes |
| 1989 Chevrolet Cavalier with approximately 189,000 miles. Vehicle does not operate and needs extensive repairs. Location: 1780 Mosherville Rd, Jonesville MI 49250 | No | | | |
| 1972 Baron motor home that is on the property.  Needs extensive repairs to be habitable. Location: 1780 Mosherville Rd, Jonesville MI 49250 | No | | | |
| Arctic cat Jag snowmobile.  Bought in 2005 for $300. Location: 1780 Mosherville Rd, Jonesville MI 49250 | No | | | |

If the debtor is self-employed, does the debtor have general liability insurance for business activities?
Yes ☐  No ☐

08/12

I declare, under penalty of perjury, that the above information is true and accurate to the best of my knowledge. I intend to provide insurance protection for any exemptible interests in real or personal property of the estate, and I request that the trustee not expend estate funds to procure insurance coverage for my exemptible assets.

Dated: **October  31, 2014**                         **/s/ Randy Michael Graham**
                                                                              **Randy Michael Graham**
                                                                              Debtor

Dated: **October  31, 2014**                         **/s/ Wendi Marie Graham**
                                                                              **Wendi Marie Graham**
                                                                              Joint Debtor (if any)

Pursuant to LBR 1007-2(f), debtor is required to provide the trustee with a copy of the Declarations Page for any insurance policy covering an insurable asset at least 7 days before the date first set for the meeting of creditors

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy