UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
* * * * * * *

IN RE:

RANDY MICHAEL GRAHAM and
WENDI MARIE GRAHAM,

    Debtors
_____/

Case No. GK 14-06961
(Chapter 7 filed 10/31/14)

HON. JOHN T. GREGG
Bankruptcy Judge

## NOTICE OF RIGHT TO DEMAND HEARING, ABANDONMENT OF PROPERTY, AND ORDER DISALLOWING SECURED CLAIMS

    The undersigned Trustee intends to abandon the property listed below which is either burdensome or of inconsequential value to the estate:

    All interest in real estate situated in the Township of Scipio, County of Hillsdale, State of Michigan, commonly known as 1780 E. Mosherville Road, Jones, MI 49250; and

    1977 Arctic Cat Jag Snowmobile
    2007 Chevrolet HHR
    1989 Chevrolet Cavalier
    2002 Chevrolet Venture
    1972 Baron Motor Home; and

    3 Cats
    1 Dog
    2 Guinea Pigs

    IN ACCORDANCE with Section 554 the above property will be deemed abandoned on the fifteenth (15th) day after the date of service shown below, unless a written objection to said abandonment and request for hearing thereon is filed with the U. S. Bankruptcy Court, Western District of Michigan, One Division Avenue, NW, Room 200, Grand Rapids Michigan 49503, prior to said date. In the event such an objection and request for hearing is filed, a date and place of hearing will be set and further notice given to interested parties.

    IT IS REQUESTED that a copy of this notice be served upon all parties in interest listed in the court records of this case.

                                            /s/
                                      Trustee Thomas C. Richardson

    IT IS HEREBY ORDERED that if no objection to the abandonment is filed as provided above without further order of this court, any secured claim now filed claiming a security interest in the above property is disallowed because of the abandonment. Such secured creditors will have thirty (30) days from the date of service indicated below to file a proof of claim as an unsecured creditor, provided such creditor is entitled to assert a claim for the unpaid balance following repossession of the security, or such creditor may file its estimated deficiency claim within the aforesaid time subject to amendment prior to closing of the estate showing exact deficiency balance due.

                                      Daniel M. LaVille, Clerk of Court    DEC 30 2014

Served upon all creditors and interested parties listed on case matrix by: _____

Date served:_____

tcrtcc2014/graham-abandon.frm